AUSA Samuel B. Cole (312) 353-4258

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

### AFFIDAVIT OF COMPLAINT IN REMOVAL PROCEEDINGS

**08CR 412**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | Hon. Martin C. Ashman |
| WILLIE RICH | ) | No. |

The undersigned Affiant personally appeared before MARTIN C. ASHMAN, a United States Magistrate Judge, and being duly sworn on oath, states: That at NORTHERN DISTRICT OF INDIANA, one WILLIE RICH was charged in an indictment with one count of violation of Section 841(a)(1) of the United States Code, Title 21, for the offense of possession with the intent to distribute a mixture or substance which contained cocaine base (crack), a Schedule II controlled substance; one count of violation of Sections 924(c) of the United States Code, Title 18 for the offense of possession of a firearm in furtherance of a drug trafficking crime; and one count of violation of Sections 922(g)(1) of the United States Code, Title 18 for the offense of possession in or affecting commerce a firearm after having previously been convicted of a crime punishable by more than one year imprisonment, and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a Warrant for Arrest is outstanding for the arrest of said defendant.

Wherefore, Affiant prays that the defendant be dealt with according to law.

Phillip Leibas
Deputy United States Marshal
United States Marshal Service

Subscribed and Sworn to before me this
22nd day of May, 2008.

MARTIN C. ASHMAN
United States Magistrate Judge

F I L E D

MAY 2 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1

AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

NORTHERN DISTRICT OF INDIANA

**COPY FOR YOUR INFORMATION**

UNITED STATES OF AMERICA
V.

WILLIE RICH

WARRANT FOR ARREST

CASE NUMBER: 3:08-CR-17 RM

## SEALED

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest WILLIE RICH and bring him forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with:

Possession of Narcotic (Crack) with intent to distribute; Possession of firearm in furtherance of a drug trafficking crime; Felon in possession of firearm.

in violation of Title 21 United States Code, Section(s) 841(a)(1);
Title 18 United States Code, Section(s) 922(g)(1) and 924(c)

| STEPHEN R. LUDWIG | CLERK, U.S. DISTRICT COURT |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *K. Cather* (signature) | February 14, 2008 at South Bend, Indiana |
| Signature of Issuing Officer / Deputy Clerk | Date and Location |

Bail fixed at $ n/a

By Robert L. Miller, Jr.
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

FILED
IN OPEN COURT

FEB 13 2008

At _____ M
STEPHEN R. LUDWIG, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT |
| | ) | (3 counts) |
| v. | ) | |
| | ) | |
| WILLIE RICH | ) | 3:08CR 17 RM |

**THE GRAND JURY CHARGES:**

**Count 1**

In or around January 2008, in the Northern District of Indiana,

**WILLIE RICH,**

defendant herein, knowingly and intentionally possessed with intent to distribute more a mixture or substance which contained cocaine base (crack), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

1

**THE GRAND JURY FURTHER CHARGES:**

**Count 2**

In or around January 2008, in the Northern District of Indiana,

**WILLIE RICH,**

defendant herein, knowingly possessed a firearm in furtherance of a drug trafficking crime of which he may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Section 924(c).

THE GRAND JURY FURTHER CHARGES:

Count 3

In or around January 2008, in the Northern District of Indiana,

**WILLIE RICH,**

defendant herein, who had previously been convicted of a crime punishable by more than one year imprisonment, knowingly possessed in or affecting commerce a firearm.

In violation of Title 18, United States Code, Section 922(g)(1).

Dated: February 13, 2008

A TRUE BILL:

DAVID A. CAPP
ACTING UNITED STATES ATTORNEY

By: s/ Donald J. Schmid
_____
Donald J. Schmid
Assistant United States Attorney

3