## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 412 - 1 | **DATE** | 5/22/2008 |
| **CASE TITLE** | USA vs. Willie Rich | | |

**DOCKET ENTRY TEXT**

Removal proceedings held on 5/22/2008. Defendant appears in response to arrest on 5/22/3008. Defendant informed of his rights. Enter order appointing Imani Chiphe as counsel for defendant. Defendant waives identity hearing. Government seeks detention. Defendant waives his right to a detention hearing without prejudice. Order defendant detained without prejudice to his asking in the future for a detention hearing. Order defendant removed to the United States District Court Northern District of Indiana South Bend Division in custody.

■ [ For further detail see separate order(s).]    Docketing to mail notices.

00:06

| | Courtroom Deputy Initials: | IS |
|---|---|---|