**UNITED STATES DISTRICT COURT**
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,**
**CLERK**

**OFFICE OF THE CLERK**
June 4, 2008

# FILED

_JUN 13 2008_ **TG**

June 13, 2008
MICHAEL W. DOBBINS
**CLERK, U.S. DISTRICT COURT**

Mr. Stephen R. Ludwig
Clerk
United States District Court
102 Robert A. Grant Federal Building
 and United States Courthouse
204 South Main Street
South Bend, IN 46601

**Re: U.S. -v-    Willie Rich**

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

_X_ Docket Sheet,
    Case No.: 08 cr 412

_X_ Order of Removal dated: 5/22/08

_X_ Affidavit in Removal

____ Final Commitment Proceedings

_X_ Financial Affidavit

____ Temporary Commitment

_X_ Order appointing counsel

____ Order setting conditions of release

___ CJA 20 Form

____ Detention Order

_X_ Appearance form

____ Appearance Bond

____ Other(see docket for entries):

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

by
Yvette Pearson, Deputy Clerk