

**FILED**

JUN 1 2 2008  TC
Jun 12, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) _Fiker_ | C. Date of Delivery 6/9/08 |
| 1. Article Addressed to:<br><br>Stephen R. Ludwig<br><br>United States District Court<br>Robert A. Grant Federal Building<br>United States Courthouse<br>South Main Street<br>Bend, IN 46601 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>08cr-412<br><br>Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7006 0100 0001 7312 0477 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |